1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **CENTRAL DISTRICT OF CALIFORNIA**

10

11    ANTHONY DAVID GONSALVES JR.,          Case No. EDCV 24-1105 ODW (PVC)

12                    Petitioner,

13          v.                               **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

14    CARLOS ARCE, Acting Warden,[1]

15                    Respondent.

16

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

19    and files herein, and the Magistrate Judge's Report and Recommendation. The time for

20    filing Objections to the Report and Recommendation has passed and no Objections have

21    been received. Accordingly, the Court accepts and adopts the findings, conclusions, and

22    recommendations of the Magistrate Judge.

23

24    _____

25       [1] Carlos Arce, Acting Warden at Salinas Valley State Prison (SVSP), where Petitioner is currently incarcerated, is substituted as the proper Respondent. Fed. R. Civ. P. 25(d).

26       The Clerk shall mail a copy of this Order and the Judgment to Petitioner at his address

27    of record along with a copy to Petitioner's attention at: Salinas Valley State Prison, PO Box 1050, Soledad, CA 93960-1050. Petitioner is admonished of his responsibility to

28    keep the Court informed of his current address. Local Rule 41-6.

1        IT IS ORDERED that the Petition is denied, and Judgment shall be entered

2  dismissing this action without prejudice.

3

4        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the

5  Judgment herein on Petitioner at his current address of record and on counsel for

6  Respondent.

7

8        LET JUDGMENT BE ENTERED ACCORDINGLY.

9

10  DATED:  October 17, 2024

11

12

13  OTIS D. WRIGHT II
      UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28