UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DAVID GONSALVES JR., | Case No. EDCV 24-1105 ODW (PVC) |
| Petitioner, | |
| v. | JUDGMENT |
| CARLOS ARCE, Acting Warden,[1] | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: October 17, 2024

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

---

[1] Carlos Arce, Acting Warden at Salinas Valley State Prison (SVSP), where Petitioner is currently incarcerated, is substituted as the proper Respondent. Fed. R. Civ. P. 25(d).